MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Anthony Princi
Gary S. Lee
Thomas A. Humphreys
Edward L. Froehlich

*Attorneys for the*
*Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :   Case No. 10-15973 (SCC)
AMBAC FINANCIAL GROUP, INC.,                                  :
                                                              :
            Debtor,                                           :
                                                              :
_____                        :
                                                              :
AMBAC FINANCIAL GROUP, INC.,                                  :   Adv. Pro. No.: 10-4210
                                                              :   (SCC)
                        Plaintiff,                            :
and                                                           :
                                                              :
THE OFFICIAL COMMITTEE OF                                     :
UNSECURED CREDITORS,                                          :
                                                              :
                        Intervernor,                          :
                                                              :
v.                                                            :
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                        Defendant.                            :
------------------------------------------------------------- x

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO THE DEBTOR'S REPLY MEMORANDUM IN SUPPORT OF**
**MOTION  FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY**
**INJUNCTION PURSUANT TO SECTIONS 105(a) and 362(a)**
<u>**OF THE BANKRUPTCY CODE AND RULE 7065 OF THE BANKRUPTCY RULES**</u>

ny-961166

The Official Committee of Unsecured Creditors (the "Committee") of Ambac Financial Group, Inc. ("Ambac" or the "Debtor") by and through its undersigned counsel submits this joinder (the "Joinder") to the reply memorandum, dated February 1, 2011 (the "Reply") [Docket No. 22], filed by the Debtor in further support of its Motion for Temporary Restraining Order and Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Rule 7065 of the Bankruptcy Rules [Docket No. 8] (the "Motion"), and in response to the United States' memorandum in opposition thereto (the "Objection"),.  In support of its Joinder, the Committee respectfully submits as follows:

The Committee agrees with the background, legal arguments and assertions set forth in the Reply and hereby joins in the Reply.  The Committee reserves all rights to be heard before the Court with respect to this matter.

WHEREFORE the Committee respectfully requests that this Court issue an order, granting (i) the relief requested in the Motion, and (ii) such other and further relief as the Court may deem just and appropriate.

Dated: February 1, 2011
       New York, New York

                                      Respectfully submitted,

                                      /s/ Anthony Princi
                                      Anthony Princi
                                      Gary S. Lee
                                      Thomas A. Humphreys
                                      Edward L. Froehlich
                                      MORRISON & FOERSTER LLP
                                      1290 Avenue of the Americas
                                      New York, New York 10104
                                      Telephone: (212) 468-8000
                                      Facsimile: (212) 468-7900

                                      *Attorneys for the Official Committee of Unsecured Creditors*