# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 8330
fax +1 212 632 0140
Lhill@dl.com

March 18, 2011

**BY HAND DELIVERY**

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: In re: Ambac Financial Group, Inc. Case No.10-4210 (SCC)

Dear Judge Chapman:

     Pursuant to the order of the Court dated March 2, 2011, pertaining to the implementation of alternative dispute resolution procedures pursuant to Section 105(a) of the Bankruptcy Court and General Order M-390, the parties have mutually selected retired Judge James Robertson of JAMS, Inc., to serve as the mediator in this matter.[1] Before joining JAMS, Inc., Judge Robertson served as a federal judge for the District of Columbia from 1994 until 2010. Judge Robertson's selection is conditioned on a conflicts check and execution of a retention agreement with JAMS, Inc. His selection is also conditioned on internal government approval that is currently being sought by defendant.

Sincerely,

Lawrence M. Hill

---

[1] The Government continues to assert that the reference of this matter should be withdrawn to the district court, for the reasons set forth in the Government's Withdrawal Motion. The parties acknowledge that, in the event that the district court grants the Government's Withdrawal Motion, the mediation before Judge Robertson may be discontinued, unless the district court or all the parties agree that mediation should proceed before Judge Robertson.

cc: Dan Filor, Esq, (via email)
    Ellen London, Esq. (via email)
    Anthony Princi, Esq. (via email)
    Edward Froelich, Esq. (via email)

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ABU DHABI | ALBANY | ALMATY | BEIJING | BOSTON | BRUSSELS | CHICAGO | DOHA | DUBAI
FRANKFURT | HONG KONG | HOUSTON | JOHANNESBURG (PTY) LTD. | LOS ANGELES | MADRID | MILAN | MOSCOW
PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | SILICON VALLEY | WARSAW